IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN MATHIS,
    Plaintiff,

vs.                                                             Case No.: 3:14cv469/MCR/EMT

CORIZON HEALTH INC., et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 8, 2015 (doc. 21).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     Plaintiff's claims against Defendants Corizon Health, Inc., the FDOC, Assistant Warden Courtney, and Health Services Administrator Prescott are **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.     The clerk us directed to modify the docket to reflect that Captain Schwartz and Dr. S.A. Schwartz are the only Defendants in this action.

    4.     This matter us referred to the magistrate judge for further proceedings on Plaintiff's  Eighth Amendment claims against Defendants Captain Schwartz and Dr. S.A. Schwartz.

    **DONE AND ORDERED** this 11th day of June 2015.

                                                     s/ *M. Casey Rodgers*
                                                     **M. CASEY RODGERS**
                                                     **CHIEF UNITED STATES DISTRICT JUDGE**