UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN MATHIS,

    Plaintiff,

v.                                   CASE NO. 3:14cv469/MCR/EMT

JOHN SCHWARZ and
S.A. SCHWARTZ, M.D.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 2, 2016. ECF No. 65. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Plaintiff claims he was prevented by the prison officials from exhausting his administrative remedies. However, as the Magistrate Judge noted, he was provided an opportunity to cure the procedural defect and failed to take advantage of it. Having considered the Report and Recommendation, and any objections thereto

timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss, ECF Nos. 48, 58, are **GRANTED**.

3. This action is **DISMISSED without prejudice**.

4. The clerk of court is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 14th day of November 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**Chief United States District Judge**

Case No. 3:14cv469/MCR/EMT